ATCHISON, T. & S. F. RY. Co. v. STATE *et al.*

No. 993.   Opinion Filed October 7. 1909.

(105 Pac. 352.)

**RAILROADS—Regulation by Corporation Commission—Review by Courts.** An appeal will not lie to the Supreme Court of the state of Oklahoma to review the action of the Corporation Commission in requiring all railroad companies and street car companies operating within the state of Oklahoma, upon the happening of an accident, to send report thereof, both by telegram and mail, to the Corporation Commission at its office.

(Syllabus by the Court.)

*Appeal from Corporation Commission.*

From the action of the State Corporation Commission requiring railroad and street railway companies, upon the happening of an accident, to send a report thereof, both by telegram and letter, to the Corporation Commission, the Atchison, Topeka & Santa Fe Railway Company appeals.   Appeal dismissed.

*Cottingham & Bledsoe,* for appellant.

*G. A. Henshaw,* Asst. Atty. Gen., for appellees.

WILLIAMS, J.   The facts in this case being the same as in the case of *St. Louis & San Francisco Railway Company, Appellant, v. State et al., Appellees, ante, p.* 805, Pac. 351, the same is controlling.

The appeal is dismissed.

All the Justices concur.